JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 796 -- In re Centaur Insurance Company Reinsurance Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 88/10/18 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS, EXHIBITS A-J, CERT. OF SVC. (A-1 - A-3) -- Filed by All Defendants -- SUGGESTED TRANSFEREE DISTRICT: N.D. ILLINOIS -- SUGGESTED TRANSFEREE DISTRICT JUDGE: ? (rh) |
| 88/10/31 |  | APPEARANCES: BETTINA GETZ, ESQ. For The Central National Insurance Company of Omaha, et al; MELISSA S. KOOISTRA, ESQ. For Roxani Gillespie, et al.; ROBERT N. HERMES, ESQ. For Hartrod Casualty Insurance Company, et al. and DONALD E. EGAN, ESQ. for Thomas G. Bastian; Owen B. Davies, James J. Gavin, Jr.; Harold A. Lamm; Robert E. LaRoche; Thomas J. Murray; James M. Oas; Donald D. Torisky; Thomas G. Vannoy; Joseph P. Wolonsky; Borg-Warner of Corp.; Borg-Warner Equities Corp.; Borg-Warner Insurance Services, Inc.; Borg-Warner Acceptance Corp.; Borg-Warner Insurance Holding Corp.; Borg-Warner Financial Services, Inc. and BW-Transmissions & Engine Components Corp. (rh) |
| 88/11/07 | 2 | RESPONSE, MEMORANDUM (to pldg. #1) -- pltfs. The Central National Insurance Co. of Omaha and The Protective National Insurance Co. -- w/Exhibits A-F and cert. of service (cds) |
| 88/11/07 | 3 | RESPONSE (to pldg. #1) -- pltfs. Roxani Gillespie, et al. -- w/Exhibits A and B and cert. of service (cds) |
| 88/11/07 | 4 | DECLARATION OF MELISSA S. KOOISTRA -- counsel for Gillespie pltfs. -- w/Exhibits A and B and cert. of service (cds) |
| 88/11/07 | 5 | RESPONSE (to pldg. #1) -- pltfs. Hartford Casualty Insurance Co., et al.-- w/cert. of service (cds) |
| 88/11/07 | 6 | AFFIDAVIT OF ROBERT N. HERMES -- counsel for Hartford pltfs. -- w/Exhibits 1 - 10 andcert. of service (cds) |
| 88/11/14 | 7 | REPLY, SUPPLEMENTAL AFFIDAVIT OF DONALD E. EGAN, EXHIBITS 1 - 5 -- Movants All Defendants -- w/cert. of service (cds) |
| 88/12/13 |  | HEARING ORDER -- setting motion by all defendants for transfer of A-1 for Panel hearing on January 26, 1989 in Phoenix, Ariz. (ds) |
| 88/12/14 | 8 | PETITION TO WITHDRAW MOTION -- filed by all defendants w/Notice of Filing and Cert. of Svc. (ds) |

796

| | |
|---|---|
| 88/12/16 | ORDER DEEMING MOTION WITHDRAWN AND VACATING THE JANUARY 26, 1988 HEARING -- (A-1, A-2 and A-3) -- Notified involved counsel, judges, clerks (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 796 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Centaur Insurance Company Reinsurance Litigation

## SUMMARY OF LITIGATION

Hearing Dates

| Orders | | | Transferee | | |
|---|---|---|---|---|---|
| Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| December 16, 1988 | MO | Unpublished | | | |
| *Motion withdrawn* | | | | | |

Special Transferee Information

DATE CLOSED: December 16, 1988

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 796 -- In re Centaur Insurance Company Reinsurance Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Roxani Gillespie, et al. v. Borg-Warner, et al. | Cal.,C. Wilson | 88-05869 | | | | |
| A-2 | Hartford Casualty Insurance Company, et al. v. Borg-Warner Corporation, et al. | Ill.,N. Marshall | 88-C-0783 | | | | |
| A-3 | The Central National Insurance Company of Omaha, et al. v. BW-Transmissions & Engine Components Corporation et al. | Ill.,N. Holderman | 88-C-0928 | | | | |

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 796 -- In re Centaur Insurance Company Reinsurance Litigation

ROXANI GILLESPIE, ET AL. (A-1)
Melissa S. Kooistra, Esq.
Rubinstein & Perry
2600 Wilshire Blvd.
Los Angeles, California 90057


HARTFORD CASUALTY INSURANCE COMPANY,
  ET AL. (A-2)
Robert N. Hermes, Esq.
Butler, Rubin, Newcomer, Saltarelli
  & Boyd
Three First National Plaza
Suite 1505
Chicago, Illinois 60602


THE CENTRAL NATIONAL INSURANCE COMPANY
  OF OMAHA, ET AL. (A-3)
Bettina Getz, Esq.
Mayer, Brown & Platt
190 South LaSalle Street
Chicago, Illinois 60603

THOMAS G. BASTIAN
OWEN B. DAVIES
JAMES J. GAVIN, JR.
HAROLD A. LAMM
ROBERT E. LaROCHE
THOMAS J. MURPHY
GERALD F. MURRAY
JAMES M. OAS
DONALD D. TORISKY
THOMAS G. VANNOY
JOSEPH P. WOLONSKY
BORG-WARNER OF CORPORATION
BORG-WARNER EQUITIES CORPORATION
BORG-WARNER INSURANCE SERVICES, INC.
BORG-WARNER ACCEPTANCE CORPORATION
BORG-WARNER INSURANCE HOLDING CORPORATION
BORG-WARNER FINANCIAL SERVICES, INC.
BW-TRANSMISSIONS & ENGINE COMPONENTS
  CORPORATION
Donald E. Egan, Esq.
Katten, Muchin & Zavis
525 West Monroe Street, Suite 1600
Chicago, Illinois 60606

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 796 -- In re Centaur Insurance Company Reinsurance Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Borg-Warner Corporation | A-1, A-2, A-3 |
| Borg-Warner Equities Corporation | A-1, A-2, A-3 |
| Borg-Warner Insurance Services, Inc. | A-1, A-2, A-3 |
| Borg-Warner Acceptance Corporation | A-1, A-2 |
| Borg-Warner Insurance Holding Corporation | A-1, A-2, A-3 |
| Borg-Warner Financial Services, Inc. | A-1, A-3 |
| James J. Gavin, Jr. | A-1 |
| Robert E. LaRoche | A-1 |
| Donald D. Torisky | A-1 |
| Thomas J. Murphy | A-1 |
| Gerald F. Murray | A-1 |

| | |
|---|---|
| Owen B. Davies | A-1 |
| Harold A. Lamm | A-1 |
| Joseph P. Wolonsky | A-1 |
| James M. Oas | A-1 |
| Thomas G. Bastian | A-1 |
| Thomas G. Vannoy | A-1 |
| BW-Transmissions & Engine Components Corporation | A-2, A-3 |
| | |
| | |
| | |
| | |