JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

DEC 16 1988

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 796

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE CENTAUR INSURANCE COMPANY REINSURANCE LITIGATION

Roxani Gillespie, et al. v. Borg-Warner, et al., C.D. California, C.A. No. 88-05869
Hartford Casualty Insurance Company, et al. v. Borg-Warner Corporation, et al., N.D. Illinois, C.A. No. 88-C-0783
The Central National Insurance Company of Omaha, et al. v. BW-Transmissions & Engine Components Corporation et al., N.D. Illinois, C.A. No. 88-C-0928

ORDER DEEMING MOTION WITHDRAWN
AND
VACATING THE JANUARY 26, 1989 HEARING

This matter is before the Panel on a motion by all defendants in this litigation to transfer, pursuant to 28 U.S.C. §1407, one action pending in the Central District of California to the Northern District of Illinois for coordinated or consolidated pretrial proceedings with two actions pending there. Defendants now request withdrawal of their Section 1407 motion on the ground that Judge Stephen V. Wilson of the Central District of California has remanded the California action to state court, in an order entered on November 29, 1988. In view of the fact that the only two actions subject to the Section 1407 motion that remain in federal district court are both pending in the Northern District of Illinois, withdrawal of the Section 1407 motion is appropriate on mootness grounds.

IT IS THEREFORE ORDERED that movants' request to withdraw their Section 1407 motion be granted, and that the motion be, and the same hereby is, DEEMED WITHDRAWN.

IT IS FURTHER ORDERED that the Hearing Order and attached Schedule filed on December 13, 1988, be, and the same hereby are, VACATED insofar as they relate to the above-captioned litigation.

FOR THE PANEL:

Andrew A. Caffrey
Chairman